# United States Court of Appeals
## For the Eighth Circuit

_____

No. 22-1718
_____

Frank Baptist

*Plaintiff - Appellee*

v.

Rodney Chandler, in his individual capacity

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Central
_____

Submitted: April 24, 2023
Filed: April 27, 2023
[Unpublished]
_____

Before KELLY, ERICKSON, and STRAS, Circuit Judges.
_____

PER CURIAM.

Frank Baptist, a former employee of Arkansas Rehabilitation Services, brought this action against his former supervisor, Rodney Chandler. Baptist raised claims under 42 U.S.C. § 1983 and the Arkansas Civil Rights Act. Chandler moved to

dismiss the complaint based on qualified immunity, the district court[1] denied the motion, and Chandler filed this interlocutory appeal.

An interlocutory order denying qualified immunity is immediately appealable. See Stanley v. Finnegan, 899 F.3d 623, 625 (8th Cir. 2018) (interlocutory order denying motion to dismiss § 1983 claims against public official based on qualified immunity is immediately appealable); see also Langford v. Norris, 614 F.3d 445, 455 (8th Cir. 2010) (in civil rights action against state officials, denial of statutory immunity under Arkansas law is immediately appealable). Reviewing the district court's qualified immunity determination de novo and viewing the complaint in the light most favorable to Baptist, we conclude that the district court properly denied the motion to dismiss. See Faulk v. City of St. Louis, 30 F.4th 739, 744 (8th Cir. 2022) (denial of motion to dismiss on qualified immunity grounds is reviewed de novo, viewing complaint in light most favorable to plaintiff and accepting all factual allegations as true); see also City of Fayetteville v. Romine, 284 S.W.3d 10, 13 (Ark. 2008) (discussing qualified immunity afforded state employees under Arkansas law). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

---

[1]The Honorable Kristine G. Baker, United States District Judge for the Eastern District of Arkansas.